IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:11-cr-337-RJC |
| ) | |
| v. ) | |
| ) | |
| (4) ANTHONY SILVA ALEGRETE ) | *UNDER SEAL* |
| (7) EVELYN CHANTELL LaCHAPELLE ) | |
| (8) NATALIA CHRISTINA WADE ) | |
| (9) FRANCINE VANESSA WILLIAMS ) | |
| (10) DARRICK LEON JOHNSON, a/k/a "Tuna" ) | **ORDER SEALING FIRST** |
| (11) MARVIN RAY WILBURN ) | **SUPERSEDING BILL OF** |
| (12) CORVAIN T. COOPER, a/k/a "CV" ) | **INDICTMENT AND OTHER** |
| (13) LEAMON KEISHAN MOSELEY ) | **DOCUMENTS** |
| (14) GREGORY WALL, a/k/a "Yomi" ) | |
| (15) DANA LAMONT ADAMS ) | |

UPON MOTION of the United States of America for an order directing that the First Superseding Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the First Superseding Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 15 day of January 2013.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE