UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA )
) Docket No. 3:11-cr-337-RJC
v. )
)
(4) ANTHONY SILVA ALEGRETE *et al* )
) *UNDER SEAL*
)

FILED
CHARLOTTE, NC
JAN 24 2013
US District Court
Western District of NC

## ORDER UNSEALING INDICTMENT WITH REGARD TO CERTAIN DEFENDANTS ONLY

UPON MOTION of the United States of America for an order directing that the Bill of Indictment be unsealed with regard to certain Defendants only,

IT IS HEREBY ORDERED that the Bill of Indictment be unsealed with regard to the following Defendants ONLY: (4) Anthony Silva Alegrete, (7) Evelyn Chantell LaChapelle, (8) Natalia Christina Wade, (9) Francine Vanessa Williams, and (10) Darrick Leon Johnson, a/k/a "Tuna."

IT IS FURTHER ORDERED that the Bill of Indictment remain redacted and under seal with regard to the remaining Defendants not listed, and that the various sealing and unsealing motions and orders remained sealed until further order of this Court.

The Clerk is directed to email a copy of the order to Assistant U.S. Attorney Steven R. Kaufman at Steven.Kaufman@usdoj.gov.

SO ORDERED this 24th day of January 2013.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE